UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JIM R. HARRIS, JR.                                                                                          PETITIONER

V.                                                                            CIVIL ACTION NO. 3:25-CV-15-DPJ-ASH

WARDEN KEYES                                                                                            RESPONDENT

ORDER

Jim R. Harris, Jr. filed this habeas petition under 28 U.S.C. § 2241 while incarcerated at the Federal Correctional Complex in Yazoo City, Mississippi. Pet. [1]. On November 12, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [17]. Judge Harris recommends that Harris's petition be dismissed for want of jurisdiction and his sentence-calculation claim be dismissed with prejudice. R&R [17] at 9. No objection has been filed, and the time to do so has passed. *See id.* (informing Harris that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983), quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), superseded on other grounds by 28 U.S.C. § 636(b)(1) as noted in *Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017). Having reviewed the record and found no clear error, the Court accepts Judge Harris's well-reasoned recommendation.

IT IS ORDERED that the Report and Recommendation [17] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Consistent with the Report and Recommendation, Harris's petition [1] is dismissed without prejudice while his

sentence-credit claim is dismissed with prejudice. A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 1st day of December, 2025.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE